| | | |
|---|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO | DATE FILED: February 19, 2021 3:10 PM<br>FILING ID: 7570BB3C62B5E<br>CASE NUMBER: 2021CV30152 | |
| Court Address: 1777 6th St.<br>Boulder, CO 80306<br>Phone Number: 303-441-3750 | | |
| **Plaintiffs**: PATTERSON EARNHART REAL BIRD & WILSON LLP, a Colorado limited liability partnership, and JEREMY PATTERSON, individually. | ▲ COURT USE ONLY ▲ | |
| v. | Case No.: | |
| **Defendant**: PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | Division/Courtroom: | |
| *Attorneys for Plaintiffs:* | | |
| Name: Eric B. Liebman<br>Charles F. Luce, Jr.<br>**MOYE WHITE LLP** | | |
| Address: 16 Market Square, 6th Floor<br>1400 16th Street<br>Denver, CO 80202-1486 | | |
| Phone No.: 303 292 2900 | | |
| Fax No.: 303 292 4510 | | |
| E-Mail: eric.liebman@moyewhite.com<br>charles.luce@moyewhite.com | | |
| Atty. Reg. # Eric B. Liebman, #27051<br>Charles F. Luce, #11385 | | |

## COMPLAINT

Plaintiffs Patterson Earnhart Real Bird & Wilson LLP ("PERB&W") and Jeremy Patterson, by and through their counsel **MOYE WHITE LLP**, submit their Complaint against Peebles, Kidder, Bergin & Robinson LLP ("PKBR") and John Peebles, Rebecca Kidder, Patrick Bergin, and Michael Robinson, individually, who were attorneys at PKBR's predecessor law firm, Fredericks Peebles & Patterson LLP ("FPP"), as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff PERB&W is a law firm with its principal office in Louisville, Colorado, and is a Colorado limited liability partnership.

2.      Plaintiff Jeremy Patterson is a partner of PERB&W and is a resident of Colorado.

3.      Defendant PKBR is a law firm with its principal office in Sacramento, California, and is a District of Columbia limited liability partnership.  FPP, the predecessor of PKBR, was a Colorado limited liability partnership and maintained a principal office in Louisville, Colorado. PKBR, upon information and belief, has and continues to conduct substantial business in Colorado.

4.      Defendant John Peebles is a partner in PKBR and, upon information and belief, is a resident of California.

5.      Defendant Rebecca Kidder is a partner in PKBR and, upon information and belief, is a resident of South Dakota.

6.      Defendant Patrick Bergin is a partner in PKBR and, upon information and belief, is a resident of California.

7.      Defendant Michael Robinson is a partner in PKBR and, upon information and belief, is a resident of California.

8.      Jurisdiction is proper pursuant to C.R.S. § 13-1-124 because the action arises out of acts conducted in the State of Colorado and PERB&W's principal office is located in Colorado. Additionally, this Court has general jurisdiction over PKBR, Peebles, Kidder, Bergin, and Robinson, as they have and continue to conduct substantial business in Colorado.  The Court also has specific jurisdiction because the alleged contract at issue and alleged tort were executed and committed partially in Colorado.

9.      Venue is proper pursuant to C.R.C.P. 98(c) because the alleged contract at issue and alleged tort were executed and committed partially in Colorado.

## GENERAL ALLEGATIONS

10.      Mr. Patterson was previously a partner in Fredericks Peebles & Patterson LLP ("FPP").

11.      FPP was the immediate predecessor of Defendant PKBR.

12.      Mr. Patterson voluntarily withdrew from FPP, effective May 20, 2020, and joined PERB&W.

2

13.     The operative partnership agreement at the time Mr. Patterson withdrew from FPP was the Third Amended and Restated Limited Liability Partnership Agreement, effective January 1, 2019 ("Partnership Agreement").

14.     Section 8.7 of the Partnership Agreement sets forth the calculation for determining the purchase price for a withdrawing partner's interest in FPP (the "8.7 Calculation").

15.     The 8.7 Calculation includes, among other things, adjustments for "any debt owed to the Partner by the Partnership," and "any debt (including any Capital Contribution owed by the Equity Partner to the Partnership)."

16.     From the time Mr. Patterson withdrew from FPP until July 23, 2020, there was a dispute, *inter alia*, as to the calculation and amount of the purchase price for Mr. Patterson's partnership interest (the "8.7 Dispute").

17.     During this time, FPP (reconstituted as PKBR) and Mr. Patterson extensively negotiated the 8.7 Calculation and retained outside lawyers and accountants to represent their respective interests in doing so.

18.     After considerable negotiation, FPP and Mr. Patterson reached a final resolution of their disputes, which is memorialized in a document entitled "Term Sheet for Settlement and Release of All Claims Arising from Jeremy Patterson's Withdraw [sic] from Fredericks, Peebles & Patterson, LLP" ("Settlement Agreement").

19.     Specifically, the Settlement Agreement states:

2) This settlement shall resolve all matters under Section 8.7 of the Third Amended and Restated Limited Liability Partnership Agreement of FPP ("FPP PA") that became effective on 1 January 2019, and all claims of every kind, known or unknown, between the parties arising prior to the date of this settlement. [Emphasis added].

* * *

4) This settlement will resolve and release forever any and all claims that Tom Fredericks, John Peebles, Patrick Bergin, Michael Robinson, Rebecca Kidder, and/or FPP may have against Jeremy, and all claims that Jeremy may have against Tom, John, Patrick, Michael, Rebecca, and FPP.  This release applies to all claims of every kind, known or unknown, between the parties arising prior to the date of this settlement.

20.     Notwithstanding, and in derogation of the terms of the Settlement Agreement, counsel for PKBR sent PERB&W correspondence on February 11, 2021 ("February 11 Correspondence"), stating:

3

I am writing about the analysis under Section 8.7 of the Third Amended and Restated Partnership Agreement ("PA") for Fredericks Peebles & Patterson, LLP ("FPP" or the "Firm") in connection with Mr. Patterson's withdrawal. I have reviewed your letter dated July 13, 2020, which included a response to the Firm's analysis under Section 8.7 and which made an offer to settle the overall dispute.

In short, we disagree with the analysis from Mr. Patterson's accountant. Perhaps most egregiously, that analysis ignores the express terms of the PA about what receivables are to be included and instead improperly includes older receivables. This overstates the amount of receivables by around $2.5 million.

* * *

Furthermore, if the account receivable due from the Yankton Tribe is not paid, then the Firm will have claims against Mr. Patterson in such proceedings. These include claims for tortious interference with the Firm's contract with the Yankton Tribe, breach of Mr. Patterson's contract duty to assist the Firm in collecting the Yankton receivable, and breach of his contract duty of good faith. As you know, Mr. Patterson and/or his new firm Patterson Earnhart represent the Tribe now; they have demanded that the Firm not communicate directly with the Tribe and instead communicate with the Tribe through them; and they have brushed off the Firm's efforts to collect the Yankton receivable, relying generally on the coronavirus.

As you know, the Firm has offered to settle the Yankton receivable at a substantial discount for $900,000, but it remains unpaid. The Firm is willing to settle the issue of Mr. Patterson's liability under section 8.7 on a walk-away basis, so that nothing is owed from or to him, if in return, the Yankton Tribe pays the Firm $900,000 to settle that receivable by March 1, 2021.

21.     This correspondence is inappropriate for two reasons.

22.     First, the 8.7 Dispute was fully resolved by the Settlement Agreement, signed by all partners of FPP, and the parties thereto have fully and finally released each other from "all claims of every kind, known or unknown, between the parties arising prior to the date of this settlement."

23.     Second, in the last three paragraphs of the February 11 Correspondence, PKBR improperly seeks to pressure PERB&W to exercise influence to collect a receivable owed to PKBR by the Yankton Sioux Tribe of South Dakota ("Yankton"), a client of PERB&W.

4

## FIRST CLAIM FOR RELIEF
### (Declaratory Judgment – Patterson v. PKBR, John Peebles, Rebecca Kidder, Patrick Bergin, and Michael Robinson)

24.     Mr. Patterson incorporates all allegations set forth in the paragraphs above as if fully restated.

25.     A justiciable controversy exists pursuant to C.R.C.P. 57 and C.R.S. §§ 13-51-101, *et seq.*

26.     PKBR communicated to PERB&W on February 11, 2021, through its counsel, that it contends that Mr. Patterson wrongfully overstated the accounts receivable component of the 8.7 Calculation during the negotiation of the Settlement Agreement and that this creates a claim in favor of PKBR against Mr. Patterson.

27.     Mr. Patterson disagrees with PKBR's contention; Mr. Patterson's position is that the releases contained in the Settlement Agreement are an accord and satisfaction of any claims regarding the 8.7 Calculation and thus vitiate any claim by PKBR against Mr. Patterson and vice versa.

28.     These opposing positions with respect to the 8.7 Calculation create a justiciable controversy between Mr. Patterson and PKBR.

29.     Mr. Patterson thus seeks a declaratory judgment that the Settlement Agreement was an accord and satisfaction of the 8.7 Calculation and that any putative claims by or against PKBR regarding the 8.7 Calculation are vitiated.

## SECOND CLAIM FOR RELIEF
### (Tortious Interference with Contract – Patterson and PERB&W v. PKBR)

30.     Mr. Patterson and PERB&W incorporate all allegations set forth in the paragraphs above as if fully restated.

31.     PERB&W has an attorney-client and contractual relationship with Yankton and PKBR is aware of this contract.

32.     PKBR, via the February 11 Correspondence, is intentionally and improperly interfering with the contract between PERB&W and Yankton by improperly threatening Mr. Patterson with a released, meritless claim to induce PERB&W to improperly pressure its own client into paying fees to PKBR.

33.     PERB&W has been damaged by PKBR's tortious interference of its relationship and contract with Yankton in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, Mr. Patterson and PERB&W, respectfully request that the Court enter judgment in their favor, and against Defendant PKBR, John Peebles, Rebecca Kidder, Patrick Bergin, and Michael Robinson and enter the above requested relief, including actual damages, as well as costs and pre- and post-judgment interest as appropriate.

DATED:  February 19, 2021

Respectfully submitted,

**MOYE WHITE LLP**

*/s/ Eric B. Liebman*
Eric B. Liebman, #27051
Charles F. Luce, #11385

*ATTORNEYS FOR PLAINTIFFS*

Plaintiffs' address:
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027

6

| | | |
|---|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO | DATE FILED: February 19, 2021 3:10 PM<br>FILING ID: 7570BB3C62B5E<br>CASE NUMBER: 2021CV30152 | |
| Court Address:  1777 6th St.<br>Boulder, CO 80306<br>Phone Number:  303-441-3750 | | |
| **Plaintiffs**:  PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually.<br><br>v.<br><br>**Defendant**:  PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Division/Courtroom: | |
| *Attorneys for Plaintiffs:*<br>Name:          Eric B. Liebman<br>                    Charles F. Luce<br>                    **MOYE WHITE LLP**<br>Address:     16 Market Square, 6th Floor<br>                    1400 16th Street<br>                    Denver, CO 80202-1486<br>Phone No.:  303 292 2900<br>Fax No.:     303 292 4510<br>E-Mail:       eric.liebman@moyewhite.com<br>                    charles.luce@moyewhite.com<br>Atty. Reg. #  Eric B. Liebman, #27051<br>                    Charles F. Luce, #11385 | | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: February 19, 2021          */s/ Eric B. Liebman*_____

Eric B. Liebman (#27051)

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

2

| | |
|---|---|
| District Court, County of Boulder, State of Colorado<br>1777 Sixth Street, Boulder, Colorado 80302<br>(303) 441-3726 | DATE FILED: April 23, 2021 9:49 AM<br>CASE NUMBER: 2021CV30152 |
| Plaintiff: PATTERSON EARNHART REAL BIRD AND WILSON ET AL<br><br>v.<br><br>Defendant: PEEBLES KIDDER BERGIN AND ROBINSON LLP ET AL | ▲ COURT USE ONLY ▲ |
| *ATTORNEY FOR PLAINTIFF:* Eric Liebman<br><br>*ATTORNEY FOR DEFENDANT:* Pro Se | Case Number: 2021CV30152<br><br>Division: 5<br><br>Courtroom: H |
| **DELAY PREVENTION ORDER** | |

I.  The case was filed on 02/19/2021.

II.  Case Status

A.  ☒ Proof of Service has not been filed.
B.  ☐ No Answer has been filed.
C.  ☐ An Answer has been filed.

III.  Required Action

You are hereby ordered to take the following action(s) in this matter within 35 days of the date of this Order:

A.  ☒ File Proof of Service.
B.  ☐ File a Proposed Case Management Order or Certificate of Compliance (Rule 16.1 cases).
C.  ☐ File a Motion under Rule 55 or notify the Court in writing why other action is appropriate. Motions under Rule 55(b) should be filed only when all damages are liquidated and must be in accordance with Rules 10 and 121(1-14).
D.  ☐ Set the matter for trial. Plaintiff shall file a Request to Set that indicates if a jury trial or trial to the court is being requested and the number of days needed. The Court Judicial Assistant will e-file a Notice of Potential Trial Dates to all parties. All dates shall first be cleared with opposing counsel and any parties appearing pro se. Counsel shall then contact the assigned division with the date selected.

IV.  Failure to Respond to Order

In the event a party does not respond to this Order within 35 days, the Court will dismiss the claim, cross-claim, or counterclaim of the party failing to respond without prejudice pursuant to Rule 41.

DATED: April 23, 2021                    BY THE COURT:

Bruce Langer
District Court Judge

DATE FILED: May 27, 2021 8:59 AM
FILING ID: 3216BBC8A6A1E
CASE NUMBER: 2021CV30152

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO | |
| Court Address: 1777 6th St. Boulder, CO 80306 | |
| Phone Number: 303-441-3750 | |

| | | |
|---|---|---|
| **Plaintiffs**: | PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually. | |
| v. | | ▲ COURT USE ONLY ▲ |
| **Defendant**: | PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | Case No.: 2021CV30152 Division/Courtroom: 5/H |

*Attorneys for Plaintiffs:*

| | |
|---|---|
| Name: | Charles F. Luce Eric B. Liebman **MOYE WHITE LLP** |
| Address: | 16 Market Square, 6th Floor 1400 16th Street Denver, CO 80202-1486 |
| Phone No.: | 303 292 2900 |
| Fax No.: | 303 292 4510 |
| E-Mail: | eric.liebman@moyewhite.com charles.luce@moyewhite.com |
| Atty. Reg. # | Charles F. Luce, #11385 Eric B. Liebman, #27051 |

**WAIVER AND ACCEPTANCE OF COMPLAINT, DISTRICT COURT CIVIL CASE COVER SHEET, AND DELAY PREVENTION ORDER ON BEHALF OF REBECCA KIDDER**

I, Cecil E. Morris Jr., am counsel for Defendant Rebecca Kidder in the above captioned matter. I affirm that on May 21, 2021, Plaintiffs' counsel provided me with a copy of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. As counsel for Defendant Rebecca Kidder in this case, I affirm that I waive personal service and

accept service of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order.  I acknowledge that this is a written waiver of service and I acknowledge service of these documents as if service had been personally made to Defendant Rebecca Kidder.  On behalf of Defendant Rebecca Kidder, I hereby waive any claim that service was defective or failed to comply with the Colorado Rules of Civil Procedure.

Dated:  May 24 , 2021

Cecil E. Morris Jr.
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO  80202

2

DATE FILED: May 27, 2021 8:59 AM
FILING ID: 3216BBC8A6A1E
CASE NUMBER: 2021CV30152

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>Court Address:   1777 6th St.<br>                        Boulder, CO 80306<br>Phone Number:   303-441-3750 | |
| **Plaintiffs**:   PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually.<br><br>v.<br><br>**Defendant**:   PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲ COURT USE ONLY ▲<br><br>Case No.:  2021CV30152<br><br>Division/Courtroom:  5/H |
| *Attorneys for Plaintiffs:*<br>Name:            Charles F. Luce<br>                     Eric B. Liebman<br>                     **MOYE WHITE LLP**<br>Address:        16 Market Square, 6th Floor<br>                     1400 16th Street<br>                     Denver, CO 80202-1486<br>Phone No.:     303 292 2900<br>Fax No.:        303 292 4510<br>E-Mail:          eric.liebman@moyewhite.com<br>                     charles.luce@moyewhite.com<br>Atty. Reg. #   Charles F. Luce, #11385<br>                     Eric B. Liebman, #27051 | |

**WAIVER AND ACCEPTANCE OF COMPLAINT, DISTRICT COURT CIVIL CASE COVER SHEET, AND DELAY PREVENTION ORDER ON BEHALF OF PEEBLES, KIDDER, BERGIN & ROBINSON LLP**

I, Cecil E. Morris Jr., am counsel for Defendant Peebles, Kidder, Bergin & Robinson LLP in the above captioned matter.  I affirm that on May 21, 2021, Plaintiffs' counsel provided me with a copy of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order.  As counsel for Defendant Peebles, Kidder, Bergin & Robinson LLP in

this case, I affirm that I waive personal service and accept service of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. I acknowledge that this is a written waiver of service and I acknowledge service of these documents as if service had been personally made to the registered agent of Defendant Peebles, Kidder, Bergin & Robinson LLP. On behalf of Defendant Peebles, Kidder, Bergin & Robinson LLP, I hereby waive any claim that service was defective or failed to comply with the Colorado Rules of Civil Procedure.

Dated:  May _24_, 2021

_____

Cecil E. Morris Jr.
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO  80202

2

DATE FILED: May 27, 2021 8:59 AM
FILING ID: 3216BBC8A6A1E
CASE NUMBER: 2021CV30152

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br><br>Court Address: 1777 6th St.<br>Boulder, CO 80306<br>Phone Number: 303-441-3750 | |
| **Plaintiffs**: PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually.<br><br>v.<br><br>**Defendant**: PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲ COURT USE ONLY ▲<br><br>Case No.: 2021CV30152<br><br>Division/Courtroom: 5/H |
| *Attorneys for Plaintiffs:*<br>Name: Charles F. Luce<br>Eric B. Liebman<br>**MOYE WHITE LLP**<br>Address: 16 Market Square, 6th Floor<br>1400 16th Street<br>Denver, CO 80202-1486<br>Phone No.: 303 292 2900<br>Fax No.: 303 292 4510<br>E-Mail: eric.liebman@moyewhite.com<br>charles.luce@moyewhite.com<br>Atty. Reg. # Charles F. Luce, #11385<br>Eric B. Liebman, #27051 | |

**WAIVER AND ACCEPTANCE OF COMPLAINT, DISTRICT COURT CIVIL CASE COVER SHEET, AND DELAY PREVENTION ORDER ON BEHALF OF PATRICK BERGIN**

I, Cecil E. Morris Jr., am counsel for Defendant Patrick Bergin in the above captioned matter. I affirm that on May 21, 2021, Plaintiffs' counsel provided me with a copy of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. As counsel for Defendant Patrick Bergin in this case, I affirm that I waive personal service and

accept service of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. I acknowledge that this is a written waiver of service and I acknowledge service of these documents as if service had been personally made to Defendant Patrick Bergin. On behalf of Defendant Patrick Bergin, I hereby waive any claim that service was defective or failed to comply with the Colorado Rules of Civil Procedure.

Dated: May 24, 2021

Cecil E. Morris Jr.
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

2

DATE FILED: May 27, 2021 8:59 AM
FILING ID: 3216BBC8A6A1E
CASE NUMBER: 2021CV30152

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>Court Address:  1777 6th St.<br>Boulder, CO 80306<br>Phone Number:  303-441-3750 | |
| **Plaintiffs**:  PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually.<br><br>v.<br><br>**Defendant**:  PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲ COURT USE ONLY ▲<br><br>Case No.:  2021CV30152<br><br>Division/Courtroom:  5/H |
| *Attorneys for Plaintiffs:*<br>Name:        Charles F. Luce<br>                 Eric B. Liebman<br>                 **MOYE WHITE LLP**<br>Address:     16 Market Square, 6th Floor<br>                 1400 16th Street<br>                 Denver, CO 80202-1486<br>Phone No.:   303 292 2900<br>Fax No.:      303 292 4510<br>E-Mail:       eric.liebman@moyewhite.com<br>                 charles.luce@moyewhite.com<br>Atty. Reg. #   Charles F. Luce, #11385<br>                 Eric B. Liebman, #27051 | |

### WAIVER AND ACCEPTANCE OF SERVICE OF COMPLAINT, DISTRICT COURT CIVIL CASE COVER SHEET, AND DELAY PREVENTION ORDER ON BEHALF OF MICHAEL ROBINSON

I, Cecil E. Morris Jr., am counsel for Defendant Patrick Michael Robinson in the above captioned matter. I affirm that on May 21, 2021, Plaintiffs' counsel provided me with a copy of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. As counsel for Defendant Michael Robinson in this case, I affirm that I waive personal

service and accept service of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order. I acknowledge that this is a written waiver of service and I acknowledge service of these documents as if service had been personally made to Defendant Michael Robinson. On behalf of Defendant Michael Robinson, I hereby waive any claim that service was defective or failed to comply with the Colorado Rules of Civil Procedure.

Dated: May 24, 2021

Cecil E. Morris Jr.
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202

2

DATE FILED: May 27, 2021 8:59 AM
FILING ID: 3216BBC8A6A1E
CASE NUMBER: 2021CV30152

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>Court Address:  1777 6th St.<br>Boulder, CO 80306<br>Phone Number:  303-441-3750 | |
| **Plaintiffs**:  PATTERSON, EARNHART, REAL BIRD AND WILSON, a Colorado limited liability partnership, and JEREMY PATTERSON, individually.<br><br>v.<br><br>**Defendant**:  PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲ COURT USE ONLY ▲<br><br>Case No.:  2021CV30152<br><br>Division/Courtroom:  5/H |
| *Attorneys for Plaintiffs:*<br>Name:            Charles F. Luce<br>                     Eric B. Liebman<br>                     **MOYE WHITE LLP**<br>Address:         16 Market Square, 6th Floor<br>                     1400 16th Street<br>                     Denver, CO 80202-1486<br>Phone No.:     303 292 2900<br>Fax No.:         303 292 4510<br>E-Mail:          eric.liebman@moyewhite.com<br>                     charles.luce@moyewhite.com<br>Atty. Reg. #    Charles F. Luce, #11385<br>                     Eric B. Liebman, #27051 | |

## WAIVER AND ACCEPTANCE OF COMPLAINT, DISTRICT COURT CIVIL CASE COVER SHEET, AND DELAY PREVENTION ORDER ON BEHALF OF JOHN PEEBLES

I, Cecil E. Morris Jr., am counsel for Defendant John Peebles in the above captioned matter.  I affirm that on May 21, 2021, Plaintiffs' counsel provided me with a copy of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order.  As counsel for Defendant John Peebles in this case, I affirm that I waive personal service and accept

service of Plaintiffs' Complaint, the District Court Civil (CV) Case Cover Sheet, and Delay Prevention Order.  I acknowledge that this is a written waiver of service and I acknowledge service of these documents as if service had been personally made to Defendant John Peebles. On behalf of Defendant John Peebles, I hereby waive any claim that service was defective or failed to comply with the Colorado Rules of Civil Procedure.

Dated: May _24_, 2021

Cecil E. Morris Jr.
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO  80202

2

# AFFIDAVIT OF SERVICE

State of Colorado

County of Boulder

Case Number: 2021CV30152

DATE FILED: June 3, 2021 5:20 PM District Court
FILING ID: AABB846D5391F
CASE NUMBER: 2021CV30152

Plaintiff:
**Patterson Earnhart Real Bird And Wilson; et al**
vs.
Defendant:
**Peebles Kidder Bergin and Robinson, LLP; et al**

For: Moye White LLP

Received by Front Range Legal Process Service, Inc. on the 18th day of May, 2021 at 11:52 am to be served on **Peebles Kidder Bergin & Robinson, LLP Registered Agent: Rebecca L Kidder, 1830 W. Fulton St, Rapid City, SD 57702.** I, _Denis! J. Nogel Jr._, being duly sworn, depose and say that on the _18th_ day of _May_, 20 _21_ at _5_:_18_ p.m., executed service by delivering a true copy of the **Delay Prevention Order; Complaint; and District Court Civil (CV) Case Cover Sheet For Initial Pleadings Of Complaint, Counterclaim, Cross-Claim Or Third Party Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving _Lisa  Adams_ as _Partner of firm_.

( ) POSTING _____

(X) DESCRIPTION ) Age _55_ Sex _F_ Race _Caucasian_ Height _5'8_ Weight _170_ Hair _Blond_ Glasses _No_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _Lisa Adams accepted Service on behalf of Rebecca L. Kidder_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

NICOLE L. JOHNSON
NOTARY
SEAL
PUBLIC
STATE OF SOUTH DAKOTA

Subscribed and Sworn to before me on the _19th_ day of _May_, _2021_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_05/19/23_
NOTARY EXPIRATION DATE

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: 2021003469
Ref: 17023-00003

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

DATE FILED: June 11, 2021 11:37 AM
FILING ID: A4CA8E9FD5E25
CASE NUMBER: 2021CV30152

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 6th Street<br>Boulder, CO 80306<br>Phone Number:  (303) 441-3750 | |
| **Plaintiffs:**<br><br>PATTERSON EARNHART REAL BIRD & WILSON LLP, a Colorado limited liability partnership, and JEREMY PATTERSON, individually,<br><br>v.<br><br>**Defendants:**<br><br>PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲**COURT USE ONLY**▲ |
| **Attorneys for Defendants:**<br>Cecil E. Morris, Jr., Reg. No. 20258<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202<br>Main Telephone:  (303) 830-2400<br>Facsimile:  (303) 830-1033<br>E-Mail:  cmorris@fwlaw.com | **Case Number:  2021CV030152**<br><br>**Division/Courtroom:  5** |
| **DEFENDANTS' UNOPPOSED MOTION TO SET A UNIFIED TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE COMPLAINT AND CERTIFICATE OF COMPLIANCE WITH PRACTICE STANDARD 1-15(8), C.R.C.P. 121** | |

Defendants Peebles, Kidder, Bergin & Robinson, LLP ("Peebles Kidder"), John Peebles,

Rebecca Kidder, Patrick Bergin, and Michael Robinson (collectively "Defendants"), through

their attorneys, Fairfield and Woods, P.C., respectfully submit this Unopposed Motion to Set A

Unified Time for Defendants' Answer or Other Response to the Complaint, to and including June 28, 2021. The grounds in support of this Motion are set forth below.

Consistent with Practice Standard 1-15(8), C.R.C.P. 121, Defendants' counsel certificates that he conferred with Plaintiffs' counsel about the relief requested, and Plaintiffs' counsel said they would not oppose it.

On May 18, 2021, Defendant Peebles Kidder was personally served through its office in South Dakota. Pursuant to C.R.C.P. 12(a)(2), Peebles Kidder has 35 days within which to answer or otherwise respond to the Complaint, or until June 22, 2021, because it was served outside of the state of Colorado.

On May 24, 2021, Peebles Kidder and the other defendants waived and accepted service of the Summons and Complaint. Pursuant to C.R.C.P. 12(a)(1), the Defendants other than the firm Peebles Kidder have 21 days within which to answer or otherwise respond to the Complaint, or until June 14, 2021.

Defendants move to set a single, unified date for all of the Defendants to answer or otherwise respond to the Complaint, to and including June 28, 2021. This entails a six-day extension of time for Peebles Kidder, and a 14-day extension of time for the other Defendants.

Good cause exists for the proposed unified response date and the short extension of time, for a number of reasons. First, the proposed unified response date prompts efficiency and economy, consistent with Rule 1. Second, the parties have been discussing settlement of their underlying dispute, and the proposed extension will give the parties a little more time to try to accomplish a settlement.

For the foregoing reasons, Defendants respectfully move that Court set a unified date for

2

them to answer or otherwise respond to the Complaint, to and including June 28, 2021.

Dated June 11, 2021.

FAIRFIELD AND WOODS, P.C.

*s/ Cecil E. Morris*
Cecil E. Morris

ATTORNEYS FOR DEFENDANTS

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2021, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO SET A UNIFIED TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE COMPLAINT AND CERTIFICATE OF COMPLIANCE WITH PRACTICE STANDARD 1-15(8), C.R.C.P. 121** was served via the Colorado Court E-Filing System to the following:

Eric B. Liebman, #27051
Charles F. Luce, #11385
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, CO  80202-1486
Telephone:  (303) 292-2900
Facsimile:  (303) 292-4510
Email:  eric.liebman@moyewhite.com;
charles.luce@moyewhite.com

*s/ Sharon Y. Meyer*
Sharon Y. Meyer

4

DATE FILED: June 11, 2021 11:37 AM
FILING ID: A4CA8E9FD5E25
CASE NUMBER: 2021CV30152

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 6th Street<br>Boulder, CO  80306<br>Phone Number:  (303) 441-3750 | |
| **Plaintiffs:**<br><br>PATTERSON EARNHART REAL BIRD & WILSON LLP, a Colorado limited liability partnership, and JEREMY PATTERSON, individually,<br><br>v.<br><br>**Defendants:**<br><br>PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | ▲**COURT USE ONLY**▲<br><br>**Case Number:   2021CV030152**<br>**Division/Courtroom:   5** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SET A UNIFIED TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

Having reviewed Defendants' Unopposed Motion to Set a Unified Time for Defendants' Answer or Other Response to the Complaint and good cause appearing, it is therefore

ORDERED that the Unopposed Motion is granted, and Defendants may answer or otherwise respond to the Complaint on or before June 28, 2021.

Dated June ____, 2021.

BY THE COURT

_____
Hon. Bruce D. Langer
District Court Judge

**SO ORDERED BY COURT**
**06/11/2021**

DATE FILED: June 11, 2021 2:01 PM
CASE NUMBER: 2021CV30152

**BRUCE LANGER**
District Court Judge

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 6th Street<br>Boulder, CO 80306<br>Phone Number: (303) 441-3750 | |
| **Plaintiffs:**<br><br>PATTERSON EARNHART REAL BIRD & WILSON LLP, a Colorado limited liability partnership, and JEREMY PATTERSON, individually,<br><br>v.<br><br>**Defendants:**<br><br>PEEBLES, KIDDER, BERGIN & ROBINSON LLP, a District of Columbia limited liability partnership, JOHN PEEBLES, individually, REBECCA KIDDER, individually, PATRICK BERGIN, individually, and MICHAEL ROBINSON, individually. | **▲COURT USE ONLY▲**<br><br>**Case Number:  2021CV030152**<br>**Division/Courtroom:  5** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SET A UNIFIED TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

Having reviewed Defendants' Unopposed Motion to Set a Unified Time for Defendants' Answer or Other Response to the Complaint and good cause appearing, it is therefore

ORDERED that the Unopposed Motion is granted, and Defendants may answer or otherwise respond to the Complaint on or before June 28, 2021.

Dated June ____, 2021.

BY THE COURT

_____
Hon. Bruce D. Langer
District Court Judge